UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Sleep Number Corporation,<br><br>        Plaintiff,<br><br>v.<br><br>Steven Jay Young; Carl Hewitt; UDP Labs, Inc., a Delaware Corporation,<br><br>        Defendants. | Court File No. 20-cv-1507-NEB-ECW<br><br>**MOTION TO DISMISS PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE 12(b)(2), 12(b)(3), AND 12(b)(6), OR ALTERNATIVELY TO TRANSFER PURSUANT TO 28 U.S.C. § 1404(a)** |

Defendants Steven Young, Carl Hewitt, and UDP Labs, Inc., by and through their undersigned counsel, hereby move pursuant to Federal Rules of Civil Procedure 12(b)(2), 12(b)(3), and 12(b)(6), for an Order dismissing the above-captioned matter or, in the alternative, an Order transferring this action to the Northern District of California pursuant to 28 U.S.C. § 1404(a).

This Motion is based upon this Notice of Motion and Motion, the attached Memorandum of Law in support thereof; the Declarations of Steven Young, Carl Hewitt, and Rachel Walsh filed concurrently herewith; all of the pleadings, files, and records in this proceeding; and any additional argument or evidence that may be presented to or considered by the Court.

3345796.v2

Dated: August 12, 2020

By: */s/ Rachel M. Walsh*

Neel Chatterjee (*pro hac vice*)
nchatterjee@goodwinlaw.com
**GOODWIN PROCTER LLP**
601 Marshall Street
Redwood City, California 94063
(650) 752-3100

Rachel M. Walsh (*pro hac vice*)
*rwalsh@goodwinlaw.com*
James Lin (*pro hac vice*)
*jlin@goodwinlaw.com*
**GOODWIN PROCTER LLP**
3 Embarcadero Center
San Francisco, California 94111
(415) 733-6000

David L. Hashmall, #138162
*dhashmall@felhaber.com*
Lauren M. Weber, #0396567
*lweber@felhaber.com*
Brandon J. Wheeler, #0396336
*bwheeler@felhaber.com*
**FELHABER LARSON**
220 South Sixth Street, Suite 2200
Minneapolis, Minnesota 55402
(612) 339-6321

**ATTORNEYS FOR DEFENDANTS STEVEN YOUNG, CARL HEWITT, AND UDP LABS, INC.**