UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Sleep Number Corporation,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>Steven Jay Young; Carl Hewitt; UDP Labs, Inc., a Delaware Corporation,<br><br>　　　　　　Defendants. | Court File No. 20-cv-1507-NEB-ECW<br><br>**DEFENDANTS STEVEN JAY YOUNG'S, CARL HEWITT'S, AND UDP LABS, INC.'S MOTION FOR PROTECTIVE ORDER** |

Pursuant to Rule 26(c) of the Federal Rules of Civil Procedure, Defendants Steven Jay Young, Carl Hewitt, and UDP Labs, Inc. (collectively, "UDP" or "Defendants") respectfully move the Court for an Order granting a protective order in their favor and against Plaintiff Sleep Number Corporation ("Sleep Number") prohibiting Plaintiff from seeking written or oral discovery from Defendants or any third party regarding potential or actual investors, business partnerships, or other funding-related information dated after the July 2, 2020 filing of the Complaint.

This Motion is supported by the Memorandum of Law, Declaration of Theresa Ann Sutton, Declaration of James Lin, and exhibits to be filed with the Court, oral arguments of counsel at hearing, and upon all files, records and proceedings in this action, as well as such other information or evidence required by the Court.

Dated: November 24, 2021      By: */s/ Rachel M. Walsh*

Neel Chatterjee (*pro hac vice*)
*nchatterjee@goodwinlaw.com*
Theresa A. Sutton (*pro hac vice*)
*tsutton@goodwinlaw.com*
**GOODWIN PROCTER LLP**
601 Marshall Street
Redwood City, California 94063
(650) 752-3100

Rachel M. Walsh (*pro hac vice*)
*rwalsh@goodwinlaw.com*
James Lin (*pro hac vice*)
*jlin@goodwinlaw.com*
**GOODWIN PROCTER LLP**
3 Embarcadero Center
San Francisco, California 94111
(415) 733-6000

David L. Hashmall, #138162
*dhashmall@felhaber.com*
Lauren M. Weber, #0396567
*lweber@felhaber.com*
Brandon J. Wheeler, #0396336
*bwheeler@felhaber.com*
**FELHABER LARSON**
South Sixth Street, Suite 2200
Minneapolis, Minnesota 55402
(612) 339-6321

ATTORNEYS FOR DEFENDANTS STEVEN YOUNG, CARL HEWITT, AND UDP LABS, INC.