UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Sleep Number Corporation,<br><br>        Plaintiff,<br><br>v.<br><br>Steven Jay Young; Carl Hewitt; UDP Labs, Inc., a Delaware Corporation,<br><br>        Defendants. | Court File No. 20-cv-1507-NEB-ECW<br><br>**STATEMENT INSTEAD OF REDACTED DOCUMENT** |

Defendants Steven Jay Young, Carl Hewitt, and UDP Labs, Inc. in the above-captioned action have filed the below document under seal with the Court.

1. **Exhibit 1** to the Declaration of Theresa A. Sutton in Support of Defendants' Memorandum in Support of Their Motion for Protective Order is a true and correct copy of relevant excerpts from UDP Labs, Inc.'s April 12, 2021 Supplemental Response to Interrogatory No. 2. The information herein has been designated Outside Counsel Only pursuant to the Protective Order entered in this case.

2. **Exhibit 4** to the Declaration of Theresa A. Sutton in Support of Defendants' Memorandum in Support of Their Motion for Protective Order is a true and correct copy of relevant excerpts from Messrs. Young and Hewitt's August 20, 2021 Supplemental Response to Interrogatory No. 3. The information herein has been designated Outside Counsel Only pursuant to the Protective Order entered in this case.

3. **Exhibit 6** to the Declaration of Theresa A. Sutton in Support of Defendants' Memorandum in Support of Their Motion for Protective Order is a true and correct copy of relevant excerpts from UDP Labs, Inc.'s October 22, 2021 Supplemental Response to Interrogatory No.

2

15.  The information herein has been designated Outside Counsel Only pursuant to the Protective Order entered in this case.

4. **Exhibit 15** to the Declaration of Theresa A. Sutton in Support of Defendants' Memorandum in Support of Their Motion for Protective Order is a true and correct copy of a September 9, 2021, letter from Lukas Toft to Rachel Walsh. The information herein has been designated Outside Counsel Only pursuant to the Protective Order entered in this case.

5. **Exhibit 16** to the Declaration of Theresa A. Sutton in Support of Defendants' Memorandum in Support of Their Motion for Protective Order is a true and correct copy of relevant excerpts from UDP Labs, Inc.'s April 12, 2021 Supplement Response to Interrogatory No. 3. The information herein has been designated Outside Counsel Only pursuant to the Protective Order entered in this case.

| | |
|---|---|
| Dated: November 24, 2021 | By: */s/ Rachel M. Walsh* <br> Neel Chatterjee (*pro hac vice*) <br> *nchatterjee@goodwinlaw.com* <br> Theresa A. Sutton (*pro hac vice*) <br> *tsutton@goodwinlaw.com* <br> **GOODWIN PROCTER LLP** <br> 601 Marshall Street <br> Redwood City, California 94063 <br> (650) 752-3100 <br><br> Rachel M. Walsh (*pro hac vice*) <br> *rwalsh@goodwinlaw.com* <br> James Lin (*pro hac vice*) <br> *jlin@goodwinlaw.com* <br> **GOODWIN PROCTER LLP** <br> 3 Embarcadero Center <br> San Francisco, California 94111 <br> (415) 733-6000 <br><br> David L. Hashmall, #138162 <br> *dhashmall@felhaber.com* <br> Lauren M. Weber, #0396567 <br> *lweber@felhaber.com* <br> Brandon J. Wheeler, #0396336 <br> *bwheeler@felhaber.com* <br> **FELHABER LARSON** <br> South Sixth Street, Suite 2200 <br> Minneapolis, Minnesota 55402 <br> (612) 339-6321 <br><br> ATTORNEYS FOR DEFENDANTS STEVEN YOUNG, CARL HEWITT, AND UDP LABS, INC. |

3