IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| Sleep Number Corporation, | Case No. 20-cv-01507-NEB-ECW |
| Plaintiff, | |
| v. | **ORDER** |
| Steven Jay Young; Carl Hewitt; UDP Labs, Inc., a Delaware corporation, | |
| Defendants. | |

This case is before the Court on the Stipulation to Modify the Pretrial Scheduling Order's Expert Disclosure Deadlines (Dkt. 359). Having considered the Stipulation and for good cause shown, **IT IS ORDERED** that:

1. The Parties shall have until January 26, 2022 to exchange initial expert reports;

2. The Parties shall have until February 18, 2022 to exchange rebuttal expert reports; and

3. All other dates and terms set forth in the August 25, 2021 Amended Pretrial Scheduling Order (Dkt. 246) shall remain unchanged.

Dated: January 24, 2022

*s/Elizabeth Cowan Wright*
ELIZABETH COWAN WRIGHT
United States Magistrate Judge